1  MELINDA HAAG (CABN 132612)
United States Attorney

2

3  DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

4  S. WAQAR HASIB (CABN 234818)
Assistant United States Attorney

5

6      450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7428

7  Fax: (415) 436-7027
claudia.quiroz@usdoj.gov

8

9  Attorneys for United States of America

10

11  UNITED STATES OF AMERICA,            )  CR-13-00757-TEH
                                         )
12         Plaintiff,                     )  [PROPOSED] DETENTION ORDER
                                         )
13     v.                                )
                                         )
14  SAQUITA NASH,                        )
                                         )
15         Defendant.                     )
                                         )
_____  )

16

17        On June 18, 2015, a Form 12 Petition for Arrest Warrant for a Supervised Release Violation was

18  filed in the Northern District of California against defendant Saquita NASH in the above-referenced

19  case.  On July 7, 2015, NASH appeared before U.S. Magistrate Judge Maria-Elena James for

20  arraignment on the supervised release violation.  Assistant U.S. Attorney Lloyd Farnham represented the

21  United States.  Assistant Federal Public Defender Candis Mitchell represented NASH.  NASH was

22  detained without prejudice.  NASH next appeared before U.S. District Court Judge Thelton E.

23  Henderson on July 21, 2015, for a status conference on the supervised release violation.  At that time,

24  the parties advised the Court that negotiations were under way to resolve the matter.

25        On August 4, 2015, an amended Form 12 was filed alleging additional violation conduct against

26  NASH.  On August 5, 2015, this Court arraigned NASH on the amended Form 12 and, at NASH's

27  request, held a bond hearing.  AFPD Mitchell represented NASH; Assistant U.S. Attorney S. Waqar

28  Hasib represented the United States.  NASH proposed bond conditions and argued for release; the

[PROPOSED] DETENTION ORDER                    1
CR-13-00757-TEH

1    United States proffered facts relating to the Form 12 as well as NASH's previous convictions and argued

2    for continued detention.

3         Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure allows for release of a defendant

4    accused of a supervised release violation, but the burden is on the defendant to show by clear and

5    convincing evidence that she will not flee or pose a danger to any other person or the community.  This

6    Court has reviewed the Form 12 petitions against NASH and listened to the arguments and proffers set

7    forth by the parties regarding release.  For the reasons set forth orally on the record, this Court finds that

8    NASH has not met her burden.  In particular, the Court relies on the fact that NASH has a lengthy prior

9    criminal record.  The Court also relies on the allegations set forth in the Form 12 that NASH left the

10   Northern District of California without permission from her probation officer and traveled to Santa

11   Barbara, where she is alleged to have committed two thefts from ATM machines. Accordingly, the

12   Court detains NASH pending further proceedings.

13        Therefore, pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. §

14   3143(a)(1), IT IS ORDERED THAT defendant Saquita NASH is remanded to the custody of the United

15   States Marshals Service pending further proceedings.

16        IT SO ORDERED.

17
     DATED: ___August 13, 2015_____

18                                                        _____
                                                          HONORABLE                          RO
19                                                        Chief United              gistrate Judge

20

21

22

23

24

25

26

27

28