UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAQUITA NASH,<br><br>Defendant. | Case No. 13-cr-00757-TEH<br><br>**ORDER REQUIRING SENTENCING MEMORANDA** |

At the August 8, 2016 hearing, Defendant Saquita Nash requested a sentence of home detention for her admitted violations of her supervised release conditions. The Government expressed a willingness to consider this alternative to incarceration, and the Court scheduled the sentencing hearing for **September 26, 2016, at 2:30 PM**. The Court also ordered the parties to meet and confer to attempt to reach agreement on a recommended disposition.

IT IS HEREBY ORDERED that the parties shall file a joint sentencing memorandum, or separate memoranda if they cannot reach agreement, on or before **September 14, 2016**. If Probation wishes to submit a revised memorandum, it may do so by the same date. If the parties file separate memoranda, then they shall file replies to the other party's memorandum on or before **September 19, 2016**.

**IT IS SO ORDERED.**

Dated: 08/10/16

_____
THELTON E. HENDERSON
United States District Judge